AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.   ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____   May 6, 2015

(By) DEPUTY CLERK   DATE

# AFFIDAVIT OF SERVICE

STATE OF NEVADA     )
                    ) ss     Case No: _____
COUNTY OF CLARK     )

Robert Wagner, ID: R-057298____, declare under oath that I am over the age of 18 years and am not interested in nor a party to this case. I did serve this SUMMONS IN A CIVIL CASE AND NATIONWIDE CLASS ACTION COMPLAINT on the 7TH____ day of MAY, 2015, at 02:42PM

(affiant must complete the appropriate paragraph)

1. ☐ Delivering and leaving a copy with the Defendant_____

2. ☐ Serving the defendant: _____ by personally delivering and leaving a copy with)_____
   _____ person
   of suitable age and discretion residing at the addressee's usual place of abode located at: _____

3. ☐ Serving the Defendant TOP RANK INC.____
   by personally delivering and leaving a copy at THE PRENTICE-HALL CORPORATION SYSTEM, NEVADA, INC 2215 B- RENAISSANCE DRIVE LAS VEGAS, NV 89119_____

   ☐ a. with _____ as _____
   an agent lawfully designated by statute to accept service of process.
   ☒ b. with CHRIS EPPS_____, pursuant to NRS 14.020 as a person of
   suitable age and discretion of the above address, which address is the address of the resident
   agent as shown on the current certificate of designation filed with the Secretary of State.

4. ☐ Personally depositing prepaid (check appropriate method): a copy in a mail box of the United States Post
   Office, enclosed in a sealed envelope postage: _____ ordinary mail; _____ certified mail, return receipt
   requested; _____ registered mail, return receipt requested; addressed to the Defendant _____
   _____ at the Defendant's last known address which is
   _____.
   I mailed the documents on (date) _____ from (city) _____

5. ☐ The person receiving documents is described as follows:
   Sex ___: Skin Color _____: Hair Color _____: Facial Hair _____:
   Approx. Age __: Approx. Height _____: Approx. Weight _____:

6. ☐ Non-Service: I attempted to serve the defendant _____
   at _____

7. ☐ After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to
   effect process upon the person/entity being served because of the following reason(s):
   ☐ Unknown at Address.    ☐ Evading service.    ☐ Moved; Left No Forwarding.    ☐ Other:
   ☐ Address Does Not exist.  ☐ Service Canceled by Litigant.  ☐ Unable; in a Timely Fashion.

8. ☐ Personal service was attempted on:
   _____

SUBSCRIBED AND SWORN to before me this
8th day of May, 2015
_____
NOTARY PUBLIC in and for said County and State

**Martin Druckman**
Notary Public, State of Nevada
Appointment No. 99-57141-1
My Appt. Expires December 7, 2015

_signature_ 5-8-15
PROCESS SERVERS, INC.
1736 E. CHARLESTON BLVD # 333
Las Vegas, NV 89104
(702) 643-2280
NV State License No. 174/174A