AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DAVID P. GOMEZ, et al., individually and on behalf of all others similarly situated,

V.

TOP RANK, INC., et al.

CASE NUMBER: 1:15-cv-3982

ASSIGNED JUDGE: Honorable Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Honorable Mary M. Rowland

TO: (Name and address of Defendant)

AT&T Inc.
c/o Registered Agent:
CT Corp. System
1999 Bryan Street Suite 900
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. Agruss
4619 N. Ravenswood Avenue Suite 303A
Chicago, Illinois 60640

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



May 6, 2015
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-7-15 |
| NAME OF SERVER (PRINT) Corina A. Woods | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1999 Bryan St #900, Dallas, TX, 75201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/15
Date

Signature of Server: Corina A. Woods

Address of Server: 5930 LBJ Fwy #330, Dallas, TX, 75243

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.