AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DAVID P. GOMEZ, et al., individually and on behalf of all others similarly situated,

V.

TOP RANK, INC., et al.

CASE NUMBER: 1:15-cv-3982

ASSIGNED JUDGE: Honorable Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Honorable Mary M. Rowland

TO: (Name and address of Defendant)

Home Box Office, Inc., ("HBO")
c/o Registered Agent:
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. Agruss
4619 N. Ravenswood Avenue Suite 303A
Chicago, Illinois 60640

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

May 6, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 07, 2015 |
| NAME OF SERVER *(PRINT)*<br>Damaris de los Santos | TITLE<br>NY Licensed Process Server No. 1223225 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Personally served on Home Box Office, Inc. ("HBO")
by delivering process to Sattie Jairam, officer of CT Corp. System at 111 Eighth Ave., 13th Floor, New York, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | $65.00 | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 08, 2015
*Date*

*Signature of Server*

Damaris de los Santos
New York Process Server # 1223225
54 Bristol St. # 7F
Brooklyn, NY 11212

54 Bristol Street, Suite 7F, Brooklyn, NY 11212
*Address of Server*

On May 07, 2015 at 01:32 p.m., I served Home Box Office, Inc. ("HBO"), defendant, by delivering the Summons in a Civil Case, Civil Cover Sheet and Class Action Complaint with Exhibit A to Sattie Jairam, process service specialist and an officer of CT Corporation System, who indicated that she was expressly authorized to accept process for defendant Home Box Office, Inc. ("HBO"). CT Corporation System is said defendant's registered agent for service of process. Service of process was effected at 111 Eighth Avenue, 13th Floor, New York, NY 10011.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.